IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,

    Plaintiff,

  v.

J&L CAPITAL LLLP, et al.,

    Defendants.

Case No. 21-cv-05478-MMC

**ORDER OF DISMISSAL**

Plaintiff having advised the Court that the parties have agreed to a settlement of this cause (see Doc. No. 31), and the settlement having been placed on the record before Magistrate Judge Susan van Kuelen (see Doc. No. 30),

IT IS HEREBY ORDERED that plaintiff's claims alleged against defendants be dismissed without prejudice; provided, however, that if any party shall certify to this Court, within ninety days, that the agreed consideration for said settlement has not been delivered over, the foregoing Order shall stand vacated and this cause shall forthwith be restored to the calendar for further proceedings as appropriate.[1]

**IT IS SO ORDERED.**

Dated: June 9, 2022

MAXINE M. CHESNEY
United States District Judge

---

[1] Nothing herein is intended to preclude the subsequent filing of a dismissal with prejudice.